**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-6091**
_____

WILLIE T. BOBBITT,

            Plaintiff – Appellant,

        v.

KEITH WHITENER, Superintendent; STEPHANIE HALL, Assistant
Unit Manager; COCKERHAM, Sgt. of Green Unit; DANIEL BROWN,
Sgt., Facility Intelligence Officer; LINK, Correctional
Officer; BEARD, Correctional Officer,

            Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Frank D. Whitney,
Chief District Judge.  (5:14-cv-00011-FDW)

_____

Submitted:  May 19, 2015              Decided:  June 2, 2015

_____

Before KING and KEENAN, Circuit Judges, and DAVIS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Willie T. Bobbitt, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie T. Bobbitt appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bobbitt v. Whitener, No. 5:14-cv-00011-FDW (W.D.N.C. July 28, 2014; Jan. 9, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2